THIS
OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Michael Robert
 Wylie,        Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.
2005-UP-431
Submitted July 1, 2005  Filed July 13, 2005

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney
 Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and
 Assistant Deputy Attorney General Salley W. Elliott, all of Columbia,
 for Respondent.
 
 
 

PER CURIAM:  Michael
Robert Wylie appeals his convictions and sentences for assault and battery with
intent to kill and possession of a firearm during the commission of a violent
crime, two counts of kidnapping and two counts of possession of a firearm during
the commission thereof, assault with intent to kill, and unlawful carrying of a
pistol.  He contends he did not voluntarily enter pleas of no contest
because, although he was advised of the maximum sentences, he was not informed
of the minimum possible sentences.  After a thorough review of the record
and of counsels brief pursuant to Anders v. California, 386 U.S. 738
(1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
dismiss[1] Wylies appeal and grant
counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J. and BEATTY and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.